# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

DOUGLAS EUGENE BASHAM,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

Case No.  5D22-2781
LT Case No. 2021-105118-MMDL

Decision filed July 25, 2023

Appeal from the County Court
for Volusia County,
Belle B. Schumann, Judge.

Matthew J. Metz, Public Defender, and Susan A. Fagan, Assistant Public Defender, Daytona Beach, for Appellant.

Ashely Moody, Attorney General, Tallahassee, and Pamela J. Koller, Assistant Attorney General, Daytona Beach, for Appellee.


PER CURIAM.

     AFFIRMED.

EDWARDS, C.J., LAMBERT and HARRIS, JJ., concur.